DANIEL G. BOGDEN
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Ph: 702-388-6336
Fax: 702-388-6787
Email: *troy.flake@usdoj.gov*

Attorneys for the United States.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CONSENT JUDGMENT** |
| DONNA M. GRAFFAGNINO, | ) | |
| | ) | |
| Defendant. | ) | |

WHEREAS, Plaintiff United States of America, on behalf of the United States Air Force ("USAF"), filed a Complaint initiating this action against Defendant Donna M. Graffagnino;

WHEREAS, the United States alleges that Defendant unlawfully and fraudulently obtained and used travel reimbursement funds from the USAF by submitting approximately 13 travel vouchers to Defense Travel Services and falsely stated in each the mileage and destinations she traveled in the course of her official duties;

WHEREAS, the United States further alleges that Defendant knew each of the 13 separate travel vouchers she submitted to the Defense Travel Services were false or fraudulent, because Defendant admitted that between the time period of January 2012 and November 2012, Defendant claimed official travel to work-related locations, but would instead travel to various other locations unrelated to her official duties, or to her home;

WHEREAS, the United States further alleges that Defendant's false statements and fraudulent claims were material to the USAF's payment of benefits in the amount of $3,338.00;

WHEREAS, Defendant does not contest the accuracy of these allegations or any allegations set forth in the Complaint filed in this action,

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** as follows:

1. This court has jurisdiction over this matter under 31 U.S.C. § 3732 and 28 U.S.C. §§ 1331, 1345, and 1355, and Defendant acknowledges and accepts service of the Complaint in this action.

2. Defendant acknowledges her liability to the United States and agrees to the entry of Judgment in the amount of $6,676.00, which represents the government's double damages of $3,338.00, in connection with Defendant's fraudulent receipt of USAF travel reimbursement benefits to which Defendant was not entitled and as is more fully set out in the Complaint filed in this action.

3. Defendant agrees to notify the United States Attorney's Office within 30 days of any change of address, telephone number, or employment until the judgment debt is paid in full, by providing such information to: United States Attorney's Office, 333 Las Vegas Boulevard South, Suite 5000, Las Vegas, Nevada 89101.

4. The United States will record a judgment lien against Defendant to secure payment of this judgment debt. Without otherwise limiting enforcement of the judgment, the proceeds from the sale of any real estate in which Defendant has an interest may be used to satisfy a portion or all of this judgment debt.

5. Defendant admits and acknowledges that her actions, which gave rise to the present dispute between the parties, constitute false pretenses, false representations, and/or fraud that resulted in her obtaining travel reimbursement benefits from the USAF to which she was not entitled, and agrees and acknowledges that the debt owed to the United States as set forth herein is non-dischargeable in bankruptcy under 11 U.S.C. § 523.

6. Nothing in this Consent Judgment shall be construed to indicate an agreement by the United States concerning the characterization of the amounts paid hereunder for purposes of any proceeding under the Internal Revenue Code or to waive any claim of the Internal Revenue Service against Defendant.

*[signature]*
UNITED STATES DISTRICT JUDGE

DATE: February 17, 2016

Approved by:

*[signature]*
Donna M. Graffagnino
6417 Brooks Avenue
Las Vegas, Nevada 89108

DANIEL G. BOGDEN
United States Attorney

*[signature]*
TROY K. FLAKE
Assistant United States Attorney
*Attorneys for the United States of America*

3